IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 15-cv-00601-RM

DAN ELMER, an individual,

Plaintiff,

v.

ALL AROUND ROUSTABOUT, LLC, a Colorado limited liability company,
ALL AROUND TRUCKING, LLC, a Colorado limited liability company,
RELIABLE FIELD SERVICES, LLC, a Colorado limited liability company, and,
ACE ENERGY SERVICES, LLC, a Colorado limited liability company,

Defendants.

---

**ORDER DISCHARGING ORDER TO SHOW CAUSE (ECF No. 14)**

---

On May 28, 2015, this Court issued an Order to Show Cause ("Order") (ECF No. 14) why this case should not be dismissed for lack of subject matter jurisdiction. Upon consideration of Plaintiff's Response (ECF Nos. 15, 16) to the Order, and the supporting documents submitted, it is

ORDERED that the Order to Show Cause (ECF No. 14) is DISCHARGED.

DATED this 10th day of June, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge