IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-00601-RM-KLM

DAN ELMER, an individual,

        PLAINTIFF,

v.

ALL AROUND ROUSTABOUT, LLC, a Colorado limited liability company,
ALL AROUND TRUCKING, LLC, a Colorado limited liability company,
RELIABLE FIELD SERVICES, LLC, a Colorado limited liability company, and,
ACE ENERGY SERVICES, LLC, a Colorado limited liability company,

        DEFENDANTS.

---

### STIPULATED ORDER REGARDING F.R.E. 502(d)

---

        The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

        Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI, or information (including metadata) for relevance, responsiveness, and/or segregation of privileged and/or protected information before production.

Dated this 22nd day of October, 2015.

                                  BY THE COURT:

                                  _____
                                  Honorable Kristen L. Mix
                                  United States Magistrate Judge

**APPROVED:**

LOCKE LORD LLP

s/ *Ian R. Williams*
One of the Attorneys for Defendants
Sang-yul Lee
Sangul.lee@lockelord.com
Ian R. Williams, Esq.
Ian.williams@lockelord.com
Locke Lord LLP
111 South Wacker Drive
Chicago, Illinois 60606
Phone: (312) 201-2000
Facsimile (855) 584-0174

Tim Walker, Esq.
Tucker Ellis LLP
Tim.walker@tuckerellis.com
Metropoint 1, Suite 1325
4600 S. Ulster Street
Denver, Colorado 80237
Phone: 720-897-4408
Fax: 720-222-5242

BECKMAN LAW FIRM, LLC

*Original pleading bearing original signature maintained in the offices of Beckman Law Firm, LLC.*

s/ *Kate W. Beckman*
Kate W. Beckman, Esq.
720 S. Colorado Blvd., Penthouse North
Denver, Colorado 80246
(p) (720)590-4805   (f) (720) 590-4701
Kate@beckmanlegal.com
ATTORNEYS FOR PLAINTIFF