**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 15-cv-00601-RM-KLM

DAN ELMER, an individual,

    Plaintiff,

v.

ALL AROUND ROUSTABOUT, LLC, a Colorado limited liability company,
ALL AROUND TRUCKING, LLC, a Colorado limited liability company,
RELIABLE FIELD SERVICES, LLC, a Colorado limited liability company, and,
ACE ENERGY SERVICES, LLC, a Colorado limited liability company,

    Defendants.

---

**ORDER ON STIPULATION OF DISMISSAL**

---

THE COURT, having reviewed the parties' Stipulation of Dismissal (ECF No. 54), **ORDERS** that Plaintiff Dan Elmer's Complaint and all claims asserted therein are dismissed with prejudice and without cost to either party.

DATED this 15th day of January, 2016.

                                                    BY THE COURT:

                                                    _____
                                                    RAYMOND P. MOORE
                                                    United States District Judge